UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOANNE AVOLETTA         JURY TRIAL DEMANDED

v.               CASE NO.  3:11CV

BRIAN D. DANFORTH
TOLISANO & DANFORTH LLC

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff was the holder of a personal Barclays Bank credit card.

5. On or about July 28, 2010, Defendants sent a form collection letter to plaintiff seeking to collect her Barclays Bank account.

6. The letter asserted, "Unless you dispute the validity of the debt, or any portion thereof, within thirty (30) days after receipt of this notice, the debt will be assumed to be valid by Barclays Bank Delaware."

7. The notice did not comply with FDCPA §1692g. E.g., *Macarz v Transworld Systems, Inc.,* 26 F. Supp. 2d 368 (D. Conn. 1998) (validation notice must make it sufficiently clear that any dispute must be directed to the debt collector, as opposed to the creditor).

8. Thereafter, on July 2, 2011, defendants served a small claims action on plaintiff.

9. The small claims action falsely asserted represented that defendants had mailed a letter to plaintiff on 6/22/2011.

10. In the collection efforts, defendants violated the FDCPA, § 1692e or -g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages against each defendant under the FDCPA.

2. Award the plaintiff costs of suit and a reasonable attorney's fee.

3. Award such other and further relief as law or equity may provide.

THE PLAINTIFF

BY __/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net