UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------------x
| | |
|---|---|
| JOANNE AVOLETTA | : Case Number: 3:11CV01126 (WWE) |
| Plaintiff, | : |
| v. | : |
| BRIAN D. DANFORTH | : |
| TOLISANO & DANFORTH, LLC | : |
| Defendants. | : OCTOBER 2, 2012 |

STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l)(A)(ii), plaintiff and defendants hereby agree and stipulate that the within action may be dismissed with prejudice.

         THE PLAINTIFF
         JOANNE AVOLETTA


     By /s/
       Joanne S. Faulkner
       Federal Bar No: ct04137
       123 Avon Street
       New Haven, CT 06511-2422
       Tel: (203)772-0395
       faulknerctlaw@gmail.com

        THE DEFENDANTS
        BRIAN D. DANFORTH
        TOLISANO & DANFORTH, L.L.C.

        /s/ _____
        Anthony Nuzzo, Jr.
        Federal Bar No: ct 05397
        James R. Fiore
        Federal Bar No: ct 27076
        NUZZO & ROBERTS, L.L.C.
        One Town Center
        P.O. Box 747
        Cheshire, Connecticut 06410
        Tel: (203) 250-2000
        Fax: (203) 250-3131
        anuzzo@nuzzo-roberts.com
        jfiore@nuzzo-roberts.com

## CERTIFICATE OF SERVICE

      This is to certify that on October 2, 2012, the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                By              /s/
                                      Joanne S. Faulkner
                                      Federal Bar No: ct04137
                                      123 Avon Street
                                      New Haven, CT 06511-2422
                                      Tel:  (203)772-0395
                                      faulknerctlaw@gmail.com

\\fp01\nuzzo\WP\403049\160\SETTLEMENT\Stipulation of Dismissal 10 02 12.doc